# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAUSTINO ISLAS-ESTRADA,<br><br>Defendants. | No. CR19-203 RSM<br><br>ORDER TO PROCEED BY VIDEO/TELPHONIC CONFERENCE |

The Court has considered defendant's request to proceed with a change of plea by video hearing. The plaintiff, the government, does not oppose the request. Mr. Islas-Estrada's request also includes a waiver of in-person appearance. The Court has reviewed the request, the record in this matter, the General Order currently in place and the applicable law.

Being fully advised, the court grants the request to proceed with the change of plea hearing by video teleconference.

DATED this 14th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE